| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 080 |
|-----|------|-------|-------|-----------|-----|
| ZQY | 397592 | 539200 | | 00000420021 | 1 |

**CARLISLE**
Power Transmission Products
4505 CAMPBELL DRIVE
FORT SCOTT KS, 66701

**Earnings Statement**

ADP

Period Ending: 10/15/2008
Pay Date: 10/15/2008

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  KS: 1

TODD M. MCKNIGHT
ROUTE 2 BOX 104
SHELDON MO 64784

Social Security Number: XXX-XX-5021

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 22.0000 | 86.67 | 1,906.74 | 34,776.07 |
| Bonus | | | | 132.00 |
| Special Pay | | | | 785.23 |
| Vacation | | | | 1,232.00 |
| **Gross Pay** | | | **$1,906.74** | 36,925.30 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 24.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.21 | 4,772.98 |
| | Social Security Tax | -115.68 | 2,241.07 |
| | Medicare Tax | -27.05 | 524.12 |
| | KS State Income Tax | -85.32 | 1,621.11 |
| | Other | | |
| | Checking Accnt | -519.39 | 17,559.13 |
| | Health Ins Prtx | -41.00* | 779.00 |
| | Health Ins Pstx | -16.87 | 318.40 |
| | Service Charge | -1.15 | 21.85 |
| | Support Order | -407.00 | 7,733.00 |
| | Tax Levy | -423.00 | 423.00 |
| | 401K Pretax | -19.07* | 931.64 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,846.67

---

**CARLISLE**
Power Transmission Products
4505 CAMPBELL DRIVE
FORT SCOTT KS, 66701

Advice number: 00000420021
Pay date: 10/15/2008

Deposited to the account of
TODD M. MCKNIGHT

| account number | transit ABA | amount |
|---|---|---|
| 0314226 | 1012 0287 | $519.39 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

usbank
Five Star Service Guaranteed

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| ZQY | 397592 | 539200 | | 0000440021 | 1 |

**CARLISLE**
Power Transmission Products
4505 CAMPBELL DRIVE
FORT SCOTT KS, 66701

## EARNINGS STATEMENT 

Period Ending: 10/31/2008
Pay Date: 10/31/2008

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  KS: 1

TODD M. MCKNIGHT
ROUTE 2 BOX 104
SHELDON MO 64784

Social Security Number: XXX-XX-5021

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 86.67 | 1,906.74 | 36,682.81 |
| Bonus | | | | 132.00 |
| Special Pay | | | | 785.23 |
| Vacation | | | | 1,232.00 |
| **Gross Pay** | | | **$1,906.74** | 38,832.04 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 24.00 |

**Important Notes**
IF YOU HAVE A FLEX SPENDING ACCOUNT BALANCE YOU HAVE UNTIL DEC. 31 TO USE YOUR BALANCE.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.21 | 5,024.19 |
| | Social Security Tax | -115.68 | 2,356.75 |
| | Medicare Tax | -27.05 | 551.17 |
| | KS State Income Tax | -85.32 | 1,706.43 |
| | **Other** | | |
| | Checking Accnt | -519.39 | 18,078.52 |
| | Health Ins Prtx | -41.00* | 820.00 |
| | Health Ins Pstx | -16.87 | 335.27 |
| | Service Charge | -1.15 | 23.00 |
| | Support Order | -407.00 | 8,140.00 |
| | Tax Levy | -423.00 | 846.00 |
| | 401K Pretax | -19.07* | 950.71 |
| | **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,846.67

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CARLISLE**
Power Transmission Products
4505 CAMPBELL DRIVE
FORT SCOTT KS, 66701

Advice number: 00000440021
Pay date: 10/31/2008

Deposited to the account of
TODD M. MCKNIGHT

| account number | transit ABA | amount |
|---|---|---|
| 0314226 | 1012 0287 | $519.39 |

VOID AFTER 180 DAYS

usbank.
Five Star Service Guaranteed

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 060 |
|---|---|---|---|---|---|
| ZQY | 397592 | 539200 | | 0000480021 | 1 |

**CARLISLE**
Power Transmission Products
4505 CAMPBELL DRIVE
FORT SCOTT KS, 66701

## Earnings Statement
**ADP**

Period Ending: 11/30/2008
Pay Date: 11/28/2008

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  KS: 1

TODD M. MCKNIGHT
ROUTE 2 BOX 104
SHELDON MO 64784

Social Security Number: XXX-XX-5021

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 86.67 | 1,906.74 | 40,496.29 |
| Special Pay | 22.0000 | 6.00 | 132.00 | 917.23 |
| Bonus | | | | 132.00 |
| Vacation | | | | 1,232.00 |
| **Gross Pay** | | | **$2,038.74** | 42,777.52 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 24.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -284.21 | 5,559.61 |
| Social Security Tax | | -123.86 | 2,596.28 |
| Medicare Tax | | -28.97 | 607.20 |
| KS State Income Tax | | -93.84 | 1,885.59 |
| **Other** | | | |
| Checking Accnt | | -588.89 | 19,186.80 |
| Health Ins Prtx | | -41.00* | 902.00 |
| Health Ins Pstx | | -16.87 | 369.01 |
| Service Charge | | -1.15 | 25.30 |
| Support Order | | -407.00 | 8,954.00 |
| Tax Levy | | -423.00 | 1,692.00 |
| 401K Loan | | -10.88 | 10.88 |
| 401K Pretax | | -19.07* | 988.85 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,978.67

**CARLISLE**
Power Transmission Products
4505 CAMPBELL DRIVE
FORT SCOTT KS, 66701

Advice number: 00000480021
Pay date: 11/28/2008

Deposited to the account of
TODD M. MCKNIGHT

| account number | transit ABA | amount |
|---|---|---|
| 0314226 | 1012 0287 | $588.89 |

VOID AFTER 180 DAYS


usbank

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.   FILE    DEPT.   CLOCK  VCHR NO.  060
ZQY   397592  539200         0000504021  1
```

**CARLISLE**
Power Transmission Products
4505 CAMPBELL DRIVE
FORT SCOTT KS, 66701

## Earnings Statement

**ADP**

Period Ending: 12/15/2008
Pay Date: 12/15/2008

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  KS: 1

TODD M. MCKNIGHT
ROUTE 2 BOX 104
SHELDON MO 64784

Social Security Number: XXX-XX-5021

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 86.67 | 1,906.74 | 42,403.03 |
| Bonus | | | | 1,555.00 |
| Special Pay | | | | 917.23 |
| Vacation | | | | 1,232.00 |
| **Gross Pay** | | | **$1,906.74** | 46,107.26 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 24.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.21 | 6,163.01 |
| | Social Security Tax | -115.67 | 2,800.18 |
| | Medicare Tax | -27.05 | 654.88 |
| | KS State Income Tax | -85.32 | 2,041.35 |
| | **Other** | | |
| | Checking Accnt | -508.52 | 19,695.32 |
| | Health Ins Prtx | -41.00* | 943.00 |
| | Health Ins Pstx | -16.87 | 385.88 |
| | Service Charge | -1.15 | 26.45 |
| | Support Order | -407.00 | 9,361.00 |
| | Tax Levy | -423.00 | 2,115.00 |
| | 401K Loan | -10.88 | 21.76 |
| | 401K Pretax | -19.07* | 1,022.15 |
| **Net Pay** | | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,846.67

---

**CARLISLE**
Power Transmission Products
4505 CAMPBELL DRIVE
FORT SCOTT KS, 66701

Advice number: 00000504021
Pay date: 12/15/2008

Deposited to the account of
TODD M. MCKNIGHT

| account number | transit ABA | amount |
|---|---|---|
| 0314226 | 1012 0287 | $508.52 |

VOID AFTER 180 DAYS

**usbank.**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**CARLISLE**
Power Transmission Products
4505 CAMPBELL DRIVE
FORT SCOTT KS, 66701

CO. FILE DEPT. CLOCK NUMBER  050
ZQY 397592 539200   0030430116  1

Period Ending:  12/15/2008
Pay Date:       12/12/2008

TODD M. MCKNIGHT
ROUTE 2 BOX 104
SHELDON MO 64784

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  KS:      1

Social Security Number XXX-XX-5021

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | | 1,555.00 |
| Regular | | 1,423.00 | | 40,496.29 |
| Special Pay | | | | 917.23 |
| Vacation | | | | 1,232.00 |
| **Gross Pay** | | | **$1,423.00** | 44,200.52 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -352.19 | 5,911.80 |
| Social Security Tax | -88.23 | 2,684.51 |
| Medicare Tax | -20.63 | 627.83 |
| KS State Income Tax | -70.44 | 1,956.03 |
| **Other** | | |
| 401K Pretax | -14.23* | 1,003.03 |
| Checking Acent | | 19,186.80 |
| Health Ins Prtx | | 902.00 |
| Health Ins Pstx | | 369.01 |
| Service Charge | | 25.30 |
| Support Order | | 8,954.00 |
| Tax Levy | | 1,692.00 |
| 401K Loan | | 10.88 |

| **Net Pay** | **$877.28** |
|---|---|

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 24.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,408.77

◀ TEAR HERE   ©1998, 2006 ADP, Inc. All Rights Reserved.